

SIEGEL
MANAGEMENT

Exhibit A

May 14, 2009

To whom it may concern:

    This is to confirm that Eric Siegel is President at Siegel Management Company and that he is authorized to execute whatever documents are required to obtain any unclaimed bankruptcy funds with the United States Bankruptcy Court, Eastern District of Pennsylvania.

Sincerely,

Name:

919 CONESTOGA ROAD   BUILDING THREE   SUITE 213   BRYN MAWR, PA 19010   TEL 610.581.7501   FAX 610.581.7506